No. 00–8853. EVANS v. CITY OF BISHOP. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 00–8858. VARGAS-LOPEZ v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 00–8885. HEISS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–8891. HOWARD v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 00–8894. HAZEL v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–8896. SANDERS v. COWAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–8913. WESLEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8931. ROSE v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8969. STEVENSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–8979. DOWNS v. HOYT, SUPERINTENDENT, OREGON WOMEN'S CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 00–8980. DAVIS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8988. SECOR v. INDIANA DEPARTMENT OF REVENUE. Tax Ct. Ind. Certiorari denied.

No. 00–9038. EDWARDS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9045. KOKOSKI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.